Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.: 19−29020−MBK
                    Chapter: 13
                    Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Dawn Mary Brown
    700 Atkins Ave. #13
    Neptune, NJ 07753

Social Security No.:
    xxx−xx−4518

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on February 27, 2020.

    On April 23, 2020 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:                 June 2, 2020
Time:               10:00 AM
Location:           Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

    Accordingly, notice is hereby given that,

1.     Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2.     Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3.     **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: April 23, 2020
JAN: wdr

                                                                                                 Jeanne Naughton
                                                                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                     Case No. 19-29020-MBK
Dawn Mary Brown                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 3           Date Rcvd: Apr 23, 2020
                             Form ID: 185             Total Noticed: 92

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2020.

```
db            +Dawn Mary Brown,   700 Atkins Ave. #13,   Neptune, NJ 07753-5171
518499765      Barclaycard,   c/o Card Services,   PO Box 13337,   Philadelphia, PA 19101-3337
518499766      Barclaycard,   PO Box 8801,   Wilmington, DE 19899-8801
518499770     +Barron Emergency Phusicians,   P.O. Box 7418,   Philadelphia, PA 19101-7418
518499771     +Barron Emergency Phys,   c/o AR Resources Inc.,   PO Box 1056,   Blue Bell, PA 19422-0287
518499772     +Barron Emergency Phys. at Jersey Shore,   c/o Reimbursement Technologies Inc.,   PO Box 7418,
                Philadelphia, PA 19101-7418
518499773     +Breg, Inc.,   PO Box 844628,   Dallas, TX 75284-4628
518499779     +Care Centrix,   20 Church Street, 12th Floor,   Hartford, CT 06103-1248
518499780      Carecredit,   c/o Encore Receivable Mngmt Inc.,   400 North Rogers rd.,   PO Box 3330,
                Olathe, KS 66063-3330
518499783     +Court Officer George Herbert,   PO Box 181,   Avon by the Sea, NJ 07717-0181
518499788     +Dr. Angelo T. Scotti, MD,   Little Silver Commons,   180 White Rd., Suite 211,
                Little Silver, NJ 07739-1166
518499789    #+Dr. John E. Herbster DMD LLC,   2517 Hwy 35, Ste. B-205,   Manasquan, NJ 08736-1923
518500716     +Edward Bauer,   40 Riva Blvd.,   Brick, NJ 08723-7978
518499790      Excel Urgent Care of NJ LLC,   484 Temple Hill Rd., Ste. 104,   New Windsor, NY 12553-5529
518499794     +First Financial FCU,   391 Rte 9 North,   Freehold, NJ 07728-8562
518499795      Hackensack Meridian Health Phys. Billing,   PO Box 419801,   Boston, MA 02241-9801
518499796     +Household Bank (SB),   P.O. Box 703,   Wood Dale, IL 60191-0703
518499798      Household Bank (SB)/Worldwide Asset Purc,   c/o Goldman & Warshaw PC,   34 Maple Ave., ste. 101,
                PO Box 106,   Pine Brook, NJ 07058-0106
518499805     +JCP Credit Card,   c/o NES,   2479 Edison Blvd., Unit A,   Twinsburg, OH 44087-2476
518499806      JCP/Synchrony Bank,   c/o Firstsource Advantage LLC,   PO Box 628,   Buffalo, NY 14240-0628
518499810    ++JERSEY CENTRAL POWER AND LIGHT COMPANY,   BUILDING 3,   331 NEWMAN SPRINGS ROAD,
                RED BANK NJ 07701-6771
               (address filed with court: Jersey Central Power & Light,   PO Box 3687,   Akron, OH 44309-3687)
518499800     +Jason M. Aptaker, DMD,   2517 Highway 35,   Suite B,   Manasquan, NJ 08736-1923
518499812     +Jersey Shore OP-Meridian Healthsys,   425 Jack Martin Blvd,   Brick 08724-7732
518499813      Jersey Shore University Medical Center,   PO Box 650292,   Dallas, TX 75265-0292
518499814    #+John E. Herbster DMD LLC,   2517 Hwy 35, Ste. B-205,   Manasquan, NJ 08736-1923
518499815     +Joshua A. Stiers, Esq.,   Stenger & Stenger, PC,   2618 East Paris Ave,
                Grand Rapids, MI 49546-2458
518499816     +Law Offices Michael A. Katz, Esq.,   382 Springfield Ave., Ste. 217,   Summit, NJ 07901-2707
518499818     +Metpark II, LLC,   9 Airport Rd.,   Morristown, NJ 07960-4656
518499819     +Monmouth County Superior Court,   Special Civil Part - DC-000807-19,   71 Monument Park,
                Freehold, NJ 07728-1747
518499821     +Monmouth County Superior Court,   Special Civil Part - DC-015725-06,   71 Monument Park,
                Freehold, NJ 07728-1747
518499820     +Monmouth County Superior Court,   Special Civil Part - DC-018290-07,   71 Monument Park,
                Freehold, NJ 07728-1747
518499822      Myriad Emerg Phys LLC,   PO Box 7418,   Philadelphia, PA 19101-7418
518499824      NJ Division of Motor Vehicles,   Motor Vehicle Commission,   PO Box 403,
                Trenton, NJ 08666-0403
518499823     +Neptune Municipal Court,   25 Neptune Blvd,   Neptune, NJ 07753-4814
518614114      Pendrick Capital Partners, LLC,   Peritus Portfolio Services II, LLC,   PO BOX 141419,
                IRVING, TX  75014-1419
518499826     +Plover Inpatient Services LLC,   PO Box 38024,   Philadelphia, PA 19101-0706
518499827     +Providian National Bank,   c/o Portfolio Recovery Assoc. LLC,   192 Ballard Ct., Ste. 305,
                Virginia Beach, VA 23462-6538
518499828     +Providian National Bank/Portfolio Recove,   c/o Ragan & Ragan PC,   3100 Rte. 138 West,
                Brinley Plaza, Bldg. One,   Belmar, NJ 07719-9020
518499829     +Radius Global Solutions,   PO Box 390915,   Minneapolis, MN 55439-0911
518499830    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,   Division of Taxation,   Bankruptcy Unit,
                P.O. Box 245,   Trenton, NJ 08695-0245)
518499834     +Synchrony Bank,   c/o Midland Funding,   320 E Big Beaver Rd Ste,   Troy, MI 48083-1238
518499837      Synchrony Bank,   c/o MCM,   PO Box 51319,   Los Angeles, CA 90051-5619
518499838    ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,   Attn: Bankruptcy Dept,   Po Box 8026,
                Cedar Rapids, IA 52409)
518499839     +Toyota Financial Services,   Po Box 9786,   Cedar Rapids, IA 52409-0004
518517603     +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
518499843     +US Department of the Treasury,   Bureau of the Fiscal Service,   PO Box 830794,
                Birmingham, AL 35283-0794
518499842     +United States Small Business Admin,   2 North 20th Street, Ste. 320,
                Birmingham, AL 35203-4002
```

```
District/off: 0312-3           User: admin                  Page 2 of 3                   Date Rcvd: Apr 23, 2020
                               Form ID: 185                 Total Noticed: 92


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Apr 23 2020 23:37:32      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,     Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 23 2020 23:37:30      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ  07102-5235
518499763        E-mail/PDF: gecsedi@recoverycorp.com Apr 23 2020 23:30:53      Amazon,    c/o Synchrony Bank,
                 PO Box 960013,    Orlando, FL  32896-0013
518499764       +E-mail/Text: egssupportservices@alorica.com Apr 23 2020 23:37:35      Amazon/Synchrony Bank,
                 c/o EGS Financial Care Inc.,    PO Box 1020,    Dept 806,   Horsham, PA  19044-8020
518499767       +E-mail/Text: bkynotice@harvardcollect.com Apr 23 2020 23:37:58      Barron Emerg Phys,
                 c/o Harvard Collection,    Attn: Bankruptcy,    4839 N Elston Ave.,    Chicago, IL  60630-2534
518499768       +E-mail/Text: bankruptcydepartment@tsico.com Apr 23 2020 23:37:50
                 Barron Emerg Phys/Pendrick Capital Partn,    c/o Transworld Systems Inc.,
                 500 Virginia Dr., Ste. 514,    Fort Washington, PA 19034-2733
518499769        E-mail/Text: dee@pendrickcp.com Apr 23 2020 23:37:45      Barron Emerg Physicians,
                 c/o Pendrick Capital Partners LLC,    1714 Hollinwood Dr.,    Alexandria, VA 22307-1926
518499774        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 23 2020 23:32:47      Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
518499775       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 23 2020 23:32:47      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518499776       +E-mail/Text: kristin.villneauve@allianceoneinc.com Apr 23 2020 23:36:53
                 Capital One Bank (USA) N.A.,    c/o AllianceOne,    4850 Street Rd., Ste. 300,
                 Feasterville Trevose, PA 19053-6643
518499777        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 23 2020 23:30:57
                 Capital One Bank (USA) N.A.,    PO Box 6492,    Carol Stream, IL 60197-6492
518513953       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 23 2020 23:43:24
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518499778        E-mail/PDF: gecsedi@recoverycorp.com Apr 23 2020 23:30:53      Carcredit,   c/o Synchrony Bank,
                 PO Box 960061,    Orlando, FL  32896-0061
518499781        E-mail/PDF: gecsedi@recoverycorp.com Apr 23 2020 23:32:43      CareCredit,    P.O. Box 960061,
                 Orlando, FL  32896-0061
518499782        E-mail/PDF: gecsedi@recoverycorp.com Apr 23 2020 23:29:10      Carecredit,   c/o Synchrony Bank,
                 PO Box 965033,    Orlando, FL  32896-5033
518499784       +E-mail/PDF: creditonebknotifications@resurgent.com Apr 23 2020 23:29:20      Credit One Bank,
                 PO Box 98873,    Las Vegas, NV  89193-8873
518499785       +E-mail/Text: bncnotices@stengerlaw.com Apr 23 2020 23:36:58
                 Credit One Bank N.A./LVNV Funding,    c/o Stenger & Stenger PC,    2618 East Paris Ave. SE,
                 Grand Rapids, MI 49546-2454
518499786       +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 23 2020 23:31:07
                 Credit One Bank N.A./Resurgent Capital,    c/o LVNV Funding,   Attn: Bankruptcy,    Po Box 10497,
                 Greenville, SC 29603-0497
518499787       +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 23 2020 23:32:56      Credit One Bank NA,
                 c/o Resurgent Capital Services,    PO Box 10466,    Greenville, SC 29603-0466
518499791       +E-mail/Text: bnc-bluestem@quantum3group.com Apr 23 2020 23:37:49      Fingerhut,
                 Attn: Bankruptcy,    Po Box 1250,    Saint Cloud, MN 56395-1250
518499792       +E-mail/Text: bnc-bluestem@quantum3group.com Apr 23 2020 23:37:49      Fingerhut,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
518499793        E-mail/Text: nculp@firstffcu.com Apr 23 2020 23:37:53      First Financial FCU,   PO Box 1172,
                 Toms River, NJ 08754-1172
518499797        E-mail/Text: RMOpsSupport@alorica.com Apr 23 2020 23:37:34      Household Bank (SB),
                 c/o Worldwide Asset Purchasing LLC,    9911 Covington Dr.,    Las Vegas, NV 89144
518499799        E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 23 2020 23:37:11      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA  19101-7346
518499802       +E-mail/PDF: gecsedi@recoverycorp.com Apr 23 2020 23:29:10      JC Penneys,    c/o Synchrony Bank,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL  32896-0001
518499801       +E-mail/PDF: gecsedi@recoverycorp.com Apr 23 2020 23:29:11      JC Penneys,    c/o Synchrony Bank,
                 Po Box 965007,    Orlando, FL  32896-5007
518499803        E-mail/Text: bknotice@ercbpo.com Apr 23 2020 23:37:32      JC Penneys/Synchrony Bank,    c/o ERC,
                 PO Box 23870,    Jacksonville, FL 32241-3870
518499804        E-mail/PDF: gecsedi@recoverycorp.com Apr 23 2020 23:29:11      JCP,    c/o Synchrony Bank,
                 PO Box 960090,    Orlando, FL  32896-0090
518499807       +E-mail/PDF: gecsedi@recoverycorp.com Apr 23 2020 23:32:44      JCPenney,    P.O. Box 960001,
                 Orlando, FL  32896-0001
518499808        E-mail/PDF: gecsedi@recoverycorp.com Apr 23 2020 23:32:43      JCPenney Credit Card,
                 c/o Synchrony Bank,    PO Box 965009,    Orlando, FL  32896-5009
518499809        E-mail/PDF: gecsedi@recoverycorp.com Apr 23 2020 23:32:43
                 JCPenny Credit Services/Synchrony Bank,    c/o Advanced Call Center Technologies LL,
                 PO Box 9091,    Johnson City, TN 37615-9091
518499811       +E-mail/Text: bankruptcy@certifiedcollection.com Apr 23 2020 23:37:24
                 Jersey Shore OP-Meridian Healthsys,    c/o Certified Credit & Collection Bureau,    PO Box 1750,
                 Whitehouse Station, NJ 08889-1750
518609638        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 23 2020 23:31:06      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518499817       +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 23 2020 23:31:05      LVNV Funing, LLC,
                 P.O. Box 10497,    Greenville, SC 29603-0497
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Apr 23, 2020
                              Form ID: 185             Total Noticed: 92

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518597688      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 23 2020 23:37:30     MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN MI 48090-2011
518499825      +E-mail/Text: bankruptcy@oliphantfinancial.com Apr 23 2020 23:37:31      Oliphant Financial LLC,
                 2601 Cattleman Rd., Ste. 300,    Sarasota, FL 34232-6231
518586830       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 23 2020 23:32:52
                 Portfolio Recovery Associates, LLC,     c/o Jc Penney,    POB 41067,    Norfolk VA 23541
518499832      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 23 2020 23:29:20      Synchrony Bank,
                 c/o Portfolio Recovery,    Attn: Bankruptcy,     120 Corporate Blvd,    Norfolk, VA 23502-4952
518499836      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 23 2020 23:43:22      Synchrony Bank,
                 c/o Portfolio Recovery,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4952
518499831      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 23 2020 23:37:30     Synchrony Bank,
                 c/o Midland Funding,    2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
518501519      +E-mail/PDF: gecsedi@recoverycorp.com Apr 23 2020 23:32:43     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
518499835      +E-mail/PDF: gecsedi@recoverycorp.com Apr 23 2020 23:32:42     Synchrony Bank,    Po Box 960061,
                 Orlando, FL 32896-0061
518499833      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 23 2020 23:37:30     Synchrony Bank,    c/o MCM,
                 2365 Northside Dr., ste. 300,    San Diego, CA 92108-2709
518499840      +E-mail/Text: birminghamtops@sba.gov Apr 23 2020 23:37:44     U.S. Small Business Admin,
                 801 Tom Martin Dr., Ste. 120,    Birmingham, AL 35211-6424
518499841       E-mail/Text: birminghamtops@sba.gov Apr 23 2020 23:37:44     United States Small Business Admin,
                 PO Box 740192,    Atlanta, GA 30374-0192
                                                                                              TOTAL: 45

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2020 at the address(es) listed below:
          Albert Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.    on behalf of Debtor Dawn Mary Brown courtdocs@oliverandlegg.com,
           R59915@notify.bestcase.com
                                                                                              TOTAL: 5
```