**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

**Last revised: September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:   Dawn Mary Brown

Case No.: 19-29020

Judge: MBK

Debtor(s)    1st modified

## Chapter 13 Plan and Motions

☐ Original    ☒ Modified/Notice Required    Date: 04/15/2020

☐ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☒ DOES ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: /s/WHO    Initial Debtor: /s/ DMB    Initial Co-Debtor: _____

**Part 1:    Payment and Length of Plan**

a.  The debtor shall pay $ _____460.00_____ per _____month_____ to the Chapter 13 Trustee, starting on _____May 1, 2020_____ for approximately _____31_____ months.

b.  The debtor shall make plan payments to the Trustee from the following sources:

☒    Future earnings

☐    Other sources of funding (describe source, amount and date when funds are available):

c.  Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d.  ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.  ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☒ NONE**

    a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

    a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
| --- | --- | --- |
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 1,317.12 |
| DOMESTIC SUPPORT OBLIGATION | | |
| IRS | post-petition debt - 2019 | $4,414.00 |

    b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
| --- | --- | --- | --- |
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

### a.  Curing Default and Maintaining Payments on Principal Residence:  ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### b.  Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:  ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c.  Secured claims excluded from 11 U.S.C. 506:  ☒ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| Toyota Financial Services | 2006 Toyota Highlander | $6,918.89 | $2,900.00 | 0 | $6,918.89 | 6.5% | $7,634.05 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

Metpark II, LLC (secured loan for mobile home)

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

### Part 5:    Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☒ Not less than $ 0_____ to be distributed *pro rata*

☐ Not less than _____ percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases  ☐ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| Metpark II, LLC | 0 | Mobile home land lease | Assume | included in trailer loan |

**Part 7:    Motions  ☒ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

   a. Motion to Avoid Liens Under 11. U.S.C. Section 522(f).   ☐ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| Toyota Financial Services | 2006 Toyota Highlander | $6,918.89 | $2,900.00 | $6,918.89 | Interest above 6.5% |

### Part 8:   Other Plan Provisions

**a. Vesting of Property of the Estate**

☒   Upon confirmation

☐   Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions

2) Other Administrative Claims - William H. Oliver

3) Secured Claim

4) Priority Claims; 5) General unsecured claims

**d. Post-Petition Claims**

The Standing Trustee ☒ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9:    Modification  ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: 10/03/19                              .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| adding post-petition 2019 tax debt to be paid | part 1c: adding post-petition 2019 tax debt to be paid<br>part 8d: allowing Trustee to make post-petition payments |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒ Yes    ☐ No

### Part 10:    Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 04/15/2020 _____        /s/ Dawn Mary Brown _____
                                                Debtor

Date: _____           /s/ _____
                                                Joint Debtor

Date: 04/15/2020 _____        /s/ William H. Oliver, Jr. _____
                                                Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-29020-MBK
Dawn Mary Brown                                                       Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3              User: admin              Page 1 of 3              Date Rcvd: Apr 23, 2020
                                  Form ID: pdf901          Total Noticed: 92

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2020.
db              +Dawn Mary Brown,    700 Atkins Ave. #13,    Neptune, NJ 07753-5171
518499765        Barclaycard,   c/o Card Services,    PO Box 13337,    Philadelphia, PA 19101-3337
518499766        Barclaycard,   PO Box 8801,    Wilmington, DE 19899-8801
518499770       +Barron Emergency Phusicians,    P.O. Box 7418,    Philadelphia, PA 19101-7418
518499771       +Barron Emergency Phys.,   c/o AR Resources Inc.,     PO Box 1056,    Blue Bell, PA 19422-0287
518499772       +Barron Emergency Phys. at Jersey Shore,    c/o Reimbursement Technologies Inc.,    PO Box 7418,
                  Philadelphia, PA 19101-7418
518499773       +Breg, Inc.,   PO Box 844628,    Dallas, TX 75284-4628
518499779       +Care Centrix,   20 Church Street, 12th Floor,     Hartford, CT 06103-1248
518499780        Carecredit,   c/o Encore Receivable Mngmt Inc.,     400 North Rogers rd.,    PO Box 3330,
                  Olathe, KS 66063-3330
518499783       +Court Officer George Herbert,    PO Box 181,    Avon by the Sea, NJ 07717-0181
518499788       +Dr. Angelo T. Scotti, MD,   Little Silver Commons,     180 White Rd., Suite 211,
                  Little Silver, NJ 07739-1166
518499789      #+Dr. John E. Herbster DMD LLC,    2517 Hwy 35, Ste. B-205,    Manasquan, NJ 08736-1923
518500716       +Edward Bauer,   40 Riva Blvd.,    Brick, NJ 08723-7978
518499790        Excel Urgent Care of NJ LLC,    484 Temple Hill Rd., Ste. 104,    New Windsor, NY 12553-5529
518499794       +First Financial FCU,   391 Rte 9 North,    Freehold, NJ 07728-8562
518499795        Hackensack Meridian Health Phys. Billing,     PO Box 419801,   Boston, MA 02241-9801
518499796       +Household Bank (SB),   P.O. Box 703,    Wood Dale, IL 60191-0703
518499798        Household Bank (SB)/Worldwide Asset Purc,    c/o Goldman & Warshaw PC,    34 Maple Ave., ste. 101,
                  PO Box 106,   Pine Brook, NJ 07058-0106
518499805       +JCP Credit Card,   c/o NES,    2479 Edison Blvd., Unit A,    Twinsburg, OH 44087-2476
518499806        JCP/Synchrony Bank,   c/o Firstsource Advantage LLC,     PO Box 628,    Buffalo, NY 14240-0628
518499810      ++JERSEY CENTRAL POWER AND LIGHT COMPANY,    BUILDING 3,    331 NEWMAN SPRINGS ROAD,
                  RED BANK NJ 07701-6771
                (address filed with court: Jersey Central Power & Light,     PO Box 3687,    Akron, OH 44309-3687)
518499800       +Jason M. Aptaker, DMD,   2517 Highway 35,    Suite B,    Manasquan, NJ 08736-1923
518499812       +Jersey Shore OP-Meridian Healthsys,    425 Jack Martin Blvd,    Brick 08724-7732
518499813        Jersey Shore University Medical Center,    PO Box 650292,    Dallas, TX 75265-0292
518499814      #+John E. Herbster DMD LLC,   2517 Hwy 35,    Ste. B-205,    Manasquan, NJ 08736-1923
518499815       +Joshua A. Stiers, Esq.,    Stenger & Stenger, PC,    2618 East Paris Ave,
                  Grand Rapids, MI 49546-2458
518499816       +Law Offices Michael A. Katz, Esq.,    382 Springfield Ave., Ste. 217,    Summit, NJ 07901-2707
518499818       +Metpark II, LLC,   9 Airport Rd.,    Morristown, NJ 07960-4656
518499819       +Monmouth County Superior Court,    Special Civil Part - DC-000807-19,    71 Monument Park,
                  Freehold, NJ 07728-1747
518499821       +Monmouth County Superior Court,    Special Civil Part - DC-015725-06,    71 Monument Park,
                  Freehold, NJ 07728-1747
518499820       +Monmouth County Superior Court,    Special Civil Part - DC-018290-07,    71 Monument Park,
                  Freehold, NJ 07728-1747
518499822        Myriad Emerg Phys LLC,   PO Box 7418,    Philadelphia, PA 19101-7418
518499824        NJ Division of Motor Vehicles,    Motor Vehicle Commission,    PO Box 403,
                  Trenton, NJ 08666-0403
518499823       +Neptune Municipal Court,    25 Neptune Blvd,    Neptune, NJ 07753-4814
518614114        Pendrick Capital Partners, LLC,    Peritus Portfolio Services II, LLC,    PO BOX 141419,
                  IRVING, TX  75014-1419
518499826       +Plover Inpatient Services LLC,    PO Box 38024,    Philadelphia, PA 19101-0706
518499827       +Providian National Bank,   c/o Portfolio Recovery Assoc. LLC,     192 Ballard Ct., Ste. 305,
                  Virginia Beach, VA 23462-6538
518499828       +Providian National Bank/Portfolio Recove,    c/o Ragan & Ragan PC,    3100 Rte. 138 West,
                  Brinley Plaza, Bldg. One,    Belmar, NJ 07719-9020
518499829       +Radius Global Solutions,    PO Box 390915,    Minneapolis, MN 55439-0911
518499830      ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,     Division of Taxation,    Bankruptcy Unit,
                  P.O. Box 245,   Trenton, NJ 08695-0245)
518499834       +Synchrony Bank,   c/o Midland Funding,    320 E Big Beaver Rd Ste,    Troy, MI 48083-1238
518499837        Synchrony Bank,   c/o MCM,    PO Box 51319,    Los Angeles, CA 90051-5619
518499838      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial Services,     Attn: Bankruptcy Dept,    Po Box 8026,
                  Cedar Rapids, IA 52409)
518499839       +Toyota Financial Services,    Po Box 9786,    Cedar Rapids, IA 52409-0004
518517603       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
518499843       +US Department of the Treasury,    Bureau of the Fiscal Service,    PO Box 830794,
                  Birmingham, AL 35283-0794
518499842       +United States Small Business Admin,    2 North 20th Street, Ste. 320,
                  Birmingham, AL 35203-4002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Apr 23 2020 23:37:31     U.S. Attorney,    970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 23 2020 23:37:30     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235

```
District/off: 0312-3          User: admin                 Page 2 of 3                  Date Rcvd: Apr 23, 2020
                              Form ID: pdf901             Total Noticed: 92


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518499763      E-mail/PDF: gecsedi@recoverycorp.com Apr 23 2020 23:29:08      Amazon,   c/o Synchrony Bank,
                 PO Box 960013,   Orlando, FL 32896-0013
518499764     +E-mail/Text: egssupportservices@alorica.com Apr 23 2020 23:37:35      Amazon/Synchrony Bank,
                 c/o EGS Financial Care Inc.,   PO Box 1020,   Dept 806,  Horsham, PA 19044-8020
518499767     +E-mail/Text: bkynotice@harvardcollect.com Apr 23 2020 23:37:58      Barron Emerg Phys,
                 c/o Harvard Collection,   Attn: Bankruptcy,   4839 N Elston Ave.,   Chicago, IL 60630-2534
518499768     +E-mail/Text: bankruptcydepartment@tsico.com Apr 23 2020 23:37:50
                 Barron Emerg Phys/Pendrick Capital Partn,    c/o Transworld Systems Inc.,
                 500 Virginia Dr., Ste. 514,   Fort Washington, PA 19034-2733
518499769      E-mail/Text: dee@pendrickcp.com Apr 23 2020 23:37:45     Barron Emerg Physicians,
                 c/o Pendrick Capital Partners LLC,    1714 Hollinwood Dr.,   Alexandria, VA 22307-1926
518499774      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 23 2020 23:32:46       Capital One,
                 15000 Capital One Dr,   Richmond, VA 23238
518499775     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 23 2020 23:32:47       Capital One,
                 Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
518499776     +E-mail/Text: kristin.villneauve@allianceoneinc.com Apr 23 2020 23:36:53
                 Capital One Bank (USA) N.A.,   c/o AllianceOne,   4850 Street Rd., Ste. 300,
                 Feasterville Trevose, PA 19053-6643
518499777      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 23 2020 23:32:47
                 Capital One Bank (USA) N.A.,   PO Box 6492,   Carol Stream, IL 60197-6492
518513953     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 23 2020 23:43:24
                 Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518499778      E-mail/PDF: gecsedi@recoverycorp.com Apr 23 2020 23:29:07      Carcredit,   c/o Synchrony Bank,
                 PO Box 960061,   Orlando, FL 32896-0061
518499781      E-mail/PDF: gecsedi@recoverycorp.com Apr 23 2020 23:29:07      CareCredit,   P.O. Box 960061,
                 Orlando, FL 32896-0061
518499782      E-mail/PDF: gecsedi@recoverycorp.com Apr 23 2020 23:32:40      Carecredit,   c/o Synchrony Bank,
                 PO Box 965033,   Orlando, FL 32896-5033
518499784     +E-mail/PDF: creditonebknotifications@resurgent.com Apr 23 2020 23:32:52      Credit One Bank,
                 PO Box 98873,   Las Vegas, NV 89193-8873
518499785     +E-mail/Text: bncnotices@stengerlaw.com Apr 23 2020 23:36:58
                 Credit One Bank N.A./LVNV Funding,   c/o Stenger & Stenger PC,   2618 East Paris Ave. SE,
                 Grand Rapids, MI 49546-2454
518499786     +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 23 2020 23:32:56
                 Credit One Bank N.A./Resurgent Capital,   c/o LVNV Funding,   Attn: Bankruptcy,   Po Box 10497,
                 Greenville, SC 29603-0497
518499787     +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 23 2020 23:31:05      Credit One Bank NA,
                 c/o Resurgent Capital Services,   PO Box 10466,   Greenville, SC 29603-0466
518499791     +E-mail/Text: bnc-bluestem@quantum3group.com Apr 23 2020 23:37:49      Fingerhut,
                 Attn: Bankruptcy,   Po Box 1250,   Saint Cloud, MN 56395-1250
518499792     +E-mail/Text: bnc-bluestem@quantum3group.com Apr 23 2020 23:37:49      Fingerhut,
                 6250 Ridgewood Road,   Saint Cloud, MN 56303-0820
518499793      E-mail/Text: nculp@firstffcu.com Apr 23 2020 23:37:53      First Financial FCU,   PO Box 1172,
                 Toms River, NJ 08754-1172
518499797      E-mail/Text: RMOpsSupport@alorica.com Apr 23 2020 23:37:34      Household Bank (SB),
                 c/o Worldwide Asset Purchasing LLC,    9911 Covington Dr.,   Las Vegas, NV 89144
518499799      E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 23 2020 23:37:09      Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
518499802     +E-mail/PDF: gecsedi@recoverycorp.com Apr 23 2020 23:29:08      JC Penneys,   c/o Synchrony Bank,
                 Attn: Bankruptcy,   Po Box 956060,   Orlando, FL 32896-0001
518499801     +E-mail/PDF: gecsedi@recoverycorp.com Apr 23 2020 23:29:10      JC Penneys,   c/o Synchrony Bank,
                 Po Box 965007,   Orlando, FL 32896-5007
518499803      E-mail/Text: bknotice@ercbpo.com Apr 23 2020 23:37:32      JC Penneys/Synchrony Bank,   c/o ERC,
                 PO Box 23870,   Jacksonville, FL 32241-3870
518499804      E-mail/PDF: gecsedi@recoverycorp.com Apr 23 2020 23:29:08      JCP,   c/o Synchrony Bank,
                 PO Box 960090,   Orlando, FL 32896-0090
518499807      E-mail/PDF: gecsedi@recoverycorp.com Apr 23 2020 23:29:08      JCPenney,   P.O. Box 960001,
                 Orlando, FL 32896-0001
518499808      E-mail/PDF: gecsedi@recoverycorp.com Apr 23 2020 23:30:53      JCPenney Credit Card,
                 c/o Synchrony Bank,   PO Box 965009,   Orlando, FL 32896-5009
518499809      E-mail/PDF: gecsedi@recoverycorp.com Apr 23 2020 23:29:08
                 JCPenny Credit Services/Synchrony Bank,    c/o Advanced Call Center Technologies LL,
                 PO Box 9091,   Johnson City, TN 37615-9091
518499811     +E-mail/Text: bankruptcy@certifiedcollection.com Apr 23 2020 23:37:24
                 Jersey Shore OP-Meridian Healthsys,   c/o Certified Credit & Collection Bureau,   PO Box 1750,
                 Whitehouse Station, NJ 08889-1750
518609638      E-mail/PDF: resurgentbknotifications@resurgent.com Apr 23 2020 23:32:54      LVNV Funding LLC,
                 c/o Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
518499817     +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 23 2020 23:43:22      LVNV Funing, LLC,
                 P.O. Box 10497,   Greenville, SC 29603-0497
518597688     +E-mail/Text: bankruptcydpt@mcmcg.com Apr 23 2020 23:37:30      MIDLAND FUNDING LLC,
                 PO BOX 2011,   WARREN MI 48090-2011
518499825     +E-mail/Text: bankruptcy@oliphantfinancial.com Apr 23 2020 23:37:31      Oliphant Financial LLC,
                 2601 Cattleman Rd., Ste. 300,   Sarasota, FL 34232-6231
518586830      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 23 2020 23:32:52
                 Portfolio Recovery Associates, LLC,    c/o Jc Penney,   POB 41067,   Norfolk VA 23541
518499832     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 23 2020 23:32:53      Synchrony Bank,
                 c/o Portfolio Recovery,   Attn: Bankruptcy,   120 Corporate Blvd,   Norfolk, VA 23502-4952
```

```
District/off: 0312-3          User: admin              Page 3 of 3                Date Rcvd: Apr 23, 2020
                              Form ID: pdf901          Total Noticed: 92
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
518499836       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 23 2020 23:31:02      Synchrony Bank,
                 c/o Portfolio Recovery,   120 Corporate Blvd Ste 100,   Norfolk, VA 23502-4952
518499831       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 23 2020 23:37:30      Synchrony Bank,
                 c/o Midland Funding,   2365 Northside Dr Ste 300,   San Diego, CA 92108-2709
518501519       +E-mail/PDF: gecsedi@recoverycorp.com Apr 23 2020 23:29:08      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518499835       +E-mail/PDF: gecsedi@recoverycorp.com Apr 23 2020 23:29:08      Synchrony Bank,   Po Box 960061,
                 Orlando, FL 32896-0061
518499833       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 23 2020 23:37:30      Synchrony Bank,   c/o MCM,
                 2365 Northside Dr., ste. 300,   San Diego, CA 92108-2709
518499840       +E-mail/Text: birminghamtops@sba.gov Apr 23 2020 23:37:44      U.S. Small Business Admin,
                 801 Tom Martin Dr., Ste. 120,   Birmingham, AL 35211-6424
518499841        E-mail/Text: birminghamtops@sba.gov Apr 23 2020 23:37:44      United States Small Business Admin,
                 PO Box 740192,   Atlanta, GA 30374-0192
                                                                                               TOTAL: 45

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2020 at the address(es) listed below:

```
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.    on behalf of Debtor Dawn Mary Brown courtdocs@oliverandlegg.com,
           R59915@notify.bestcase.com
                                                                                               TOTAL: 5
```