UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

William H. Oliver, Jr., Esq.
OLIVER & LEGG, LLC
2240 Highway 33, Suite 112
Neptune, New Jersey 07753
732-988-1500
Fax: 732-775-7404
Attorney for Debtor(s)

Order Filed on July 13, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

DAWN MARY BROWN

                Debtor

Case No.: 19-29020

Adv. No.:

Hearing Date: July 8, 2020 @ 9am

Chapter 13

Judge: Michael B. Kaplan

## ORDER ALLOWING LATE FILED PROOF OF CLAIM #9
## FILED ON BEHALF OF INTERNAL REVENUE SERVICE
## TO BE PAID BY THE TRUSTEE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: July 13, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor:    DAWN MARY BROWN
Case No:    19-29020(MBK)

Caption of Order:  ORDER ALLOWING LATE PROOF OF CLAIM #9 FILED ON BEHALF OF INTERNAL REVENUE SERVICE TO BE PAID BY THE TRUSTEE (Page 2)

**THIS MATTER**, having been brought before this Court by William H. Oliver, Jr., attorney for the Debtor for an Order Allowing Late Proof of Claim #9 filed on behalf of Internal Revenue Service to be paid by the Trustee, and the Court having considered the papers submitted and any objections, and for good cause appearing,

**ORDERED** that the Trustee having determined that the late proof of claim #9 of Internal Revenue Service filed on **June 4, 2020** is pre-petition debit; and

**IT IS FURTHER ORDERED** that the trustee is hereby authorized to pay the late filed claim #9 of Internal Revenue Service in the total amount of **$4414.00** as the claim was included in the Chapter 13 plan; and

**IT IS FURTHER ORDERED** that a copy of this Order shall be served upon all interested parties within     5     days of the date hereof.