UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

William H. Oliver, Jr., Esq.
OLIVER & LEGG, LLC
2240 Highway 33, Suite 112
Neptune, New Jersey 07753
732-988-1500
Fax: 732-775-7404
Attorney for Debtor(s)

Order Filed on July 13, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

DAWN MARY BROWN

                Debtor

Case No.: 19-29020

Adv. No.:

Hearing Date: July 8, 2020 @ 9am

Chapter 13

Judge: Michael B. Kaplan

# ORDER ALLOWING LATE FILED PROOF OF CLAIM #9
# FILED ON BEHALF OF INTERNAL REVENUE SERVICE
# TO BE PAID BY THE TRUSTEE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: July 13, 2020**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor:    DAWN MARY BROWN
Case No:    19-29020(MBK)
Caption of Order:  ORDER ALLOWING LATE PROOF OF CLAIM #9 FILED ON BEHALF OF INTERNAL REVENUE SERVICE TO BE PAID BY THE TRUSTEE
(Page 2)

**THIS MATTER**, having been brought before this Court by William H. Oliver, Jr., attorney for the Debtor for an Order Allowing Late Proof of Claim #9 filed on behalf of Internal Revenue Service to be paid by the Trustee, and the Court having considered the papers submitted and any objections, and for good cause appearing,

**ORDERED** that the Trustee having determined that the late proof of claim #9 of Internal Revenue Service filed on **June 4, 2020** is pre-petition debit; and

**IT IS FURTHER ORDERED** that the trustee is hereby authorized to pay the late filed claim #9 of Internal Revenue Service in the total amount of **$4414.00** as the claim was included in the Chapter 13 plan; and

**IT IS FURTHER ORDERED** that a copy of this Order shall be served upon all interested parties within     5     days of the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-29020-MBK
Dawn Mary Brown                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jul 15, 2020
                           Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2020.
db             +Dawn Mary Brown,    700 Atkins Ave. #13,    Neptune, NJ 07753-5171

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2020 at the address(es) listed below:
      Albert  Russo    docs@russotrustee.com
      Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
       dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
      Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
       rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      William H. Oliver, Jr.    on behalf of Debtor Dawn Mary Brown courtdocs@oliverandlegg.com,
       R59915@notify.bestcase.com
                                                                                                           TOTAL: 5