| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Dawn Mary Brown**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4518<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–29020–MBK | |

# Order of Discharge                                                                                                     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Dawn Mary Brown

   1/24/23                                                    **By the court:** Michael B. Kaplan
                                                                                                 United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support
      obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified
      in 11 U.S.C. §§ 507(a)(8)( C),
      523(a)(1)(B), or 523(a)(1)(C) to the
      extent not paid in full under the plan;

**For more information, see page 2>**

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-29020-MBK

Dawn Mary Brown  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 5
Date Rcvd: Jan 24, 2023    Form ID: 3180W    Total Noticed: 89

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dawn Mary Brown, 700 Atkins Ave. #13, Neptune, NJ 07753-5171 |
| 518499770 | + | Barron Emergency Phusicians, P.O. Box 7418, Philadelphia, PA 19101-7418 |
| 518499772 | + | Barron Emergency Phys. at Jersey Shore, c/o Reimbursement Technologies Inc., PO Box 7418, Philadelphia, PA 19101-7418 |
| 518499773 | + | Breg, Inc., PO Box 844628, Dallas, TX 75284-4628 |
| 518499779 | + | Care Centrix, 20 Church Street, 12th Floor, Hartford, CT 06103-1248 |
| 518499780 | | Carecredit, c/o Encore Receivable Mngmt Inc., 400 North Rogers rd., PO Box 3330, Olathe, KS 66063-3330 |
| 518499783 | + | Court Officer George Herbert, PO Box 181, Avon by the Sea, NJ 07717-0181 |
| 518500716 | + | Edward Bauer, 40 Riva Blvd., Brick, NJ 08723-7978 |
| 518499790 | | Excel Urgent Care of NJ LLC, 484 Temple Hill Rd., Ste. 104, New Windsor, NY 12553-5529 |
| 518499794 | + | First Financial FCU, 391 Rte 9 North, Freehold, NJ 07728-8562 |
| 518499795 | | Hackensack Meridian Health Phys. Billing, PO Box 419801, Boston, MA 02241-9801 |
| 518499798 | + | Household Bank (SB)/Worldwide Asset Purc, c/o Goldman & Warshaw PC, 34 Maple Ave., ste. 101, PO Box 106, Pine Brook, NJ 07058-0106 |
| 518499810 | ++ | JERSEY CENTRAL POWER AND LIGHT COMPANY, BUILDING 3, 331 NEWMAN SPRINGS ROAD, RED BANK NJ 07701-5688 address filed with court:, Jersey Central Power & Light, PO Box 3687, Akron, OH 44309-3687 |
| 518499800 | + | Jason M. Aptaker, DMD, 2517 Highway 35, Suite B, Manasquan, NJ 08736-1918 |
| 518499812 | + | Jersey Shore OP-Meridian Healthsys, 425 Jack Martin Blvd, Brick 08724-7732 |
| 518499813 | | Jersey Shore University Medical Center, PO Box 650292, Dallas, TX 75265-0292 |
| 518499815 | + | Joshua A. Stiers, Esq., Stenger & Stenger, PC, 2618 East Paris Ave, Grand Rapids, MI 49546-2458 |
| 518499816 | + | Law Offices Michael A. Katz, Esq., 382 Springfield Ave., Ste. 217, Summit, NJ 07901-2707 |
| 518499818 | + | Metpark II, LLC, 9 Airport Rd., Morristown, NJ 07960-4656 |
| 518499819 | + | Monmouth County Superior Court, Special Civil Part - DC-000807-19, 71 Monument Park, Freehold, NJ 07728-1747 |
| 518499821 | + | Monmouth County Superior Court, Special Civil Part - DC-015725-06, 71 Monument Park, Freehold, NJ 07728-1747 |
| 518499820 | + | Monmouth County Superior Court, Special Civil Part - DC-018290-07, 71 Monument Park, Freehold, NJ 07728-1747 |
| 518499822 | | Myriad Emerg Phys LLC, PO Box 7418, Philadelphia, PA 19101-7418 |
| 518499824 | | NJ Division of Motor Vehicles, Motor Vehicle Commission, PO Box 403, Trenton, NJ 08666-0403 |
| 518499823 | + | Neptune Municipal Court, 25 Neptune Blvd, Neptune, NJ 07753-4814 |
| 518499826 | + | Plover Inpatient Services LLC, PO Box 38024, Philadelphia, PA 19101-0706 |
| 518499827 | + | Providian National Bank, c/o Portfolio Recovery Assoc. LLC, 192 Ballard Ct., Ste. 305, Virginia Beach, VA 23462-6538 |
| 518499828 | + | Providian National Bank/Portfolio Recove, c/o Ragan & Ragan PC, 3100 Rte. 138 West, Brinley Plaza, Bldg. One, Belmar, NJ 07719-9020 |
| 518499830 | | State of New Jersey, Division of Taxation, Bankruptcy Unit, P.O. Box 245, Trenton, NJ 08695-0245 |
| 518499843 | + | US Department of the Treasury, Bureau of the Fiscal Service, PO Box 830794, Birmingham, AL 35283-0794 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 24 2023 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 24 2023 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

Case 19-29020-MBK    Doc 50    Filed 01/26/23    Entered 01/27/23 00:14:25    Desc Imaged
                                Certificate of Notice    Page 4 of 7

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jan 24, 2023 | Form ID: 3180W | Total Noticed: 89 |

| | | | |
|---|---|---|---|
| 518499763 | | EDI: RMSC.COM | |
| | | Jan 25 2023 01:24:00 | Amazon, c/o Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 518499764 | + | Email/Text: egssupportservices@alorica.com | |
| | | Jan 24 2023 20:34:00 | Amazon/Synchrony Bank, c/o EGS Financial Care Inc., PO Box 1020, Dept 806, Horsham, PA 19044-8020 |
| 518499765 | | EDI: TSYS2 | |
| | | Jan 25 2023 01:24:00 | Barclaycard, c/o Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 518499766 | | EDI: TSYS2 | |
| | | Jan 25 2023 01:24:00 | Barclaycard, PO Box 8801, Wilmington, DE 19899-8801 |
| 518499767 | + | Email/Text: bkynotice@harvardcollect.com | |
| | | Jan 24 2023 20:35:00 | Barron Emerg Phys, c/o Harvard Collection, Attn: Bankruptcy, 4839 N Elston Ave., Chicago, IL 60630-2534 |
| 518499768 | + | Email/Text: bankruptcydepartment@tsico.com | |
| | | Jan 24 2023 20:35:00 | Barron Emerg Phys/Pendrick Capital Partn, c/o Transworld Systems Inc., 500 Virginia Dr., Ste. 514, Fort Washington, PA 19034-2733 |
| 518499769 | | Email/Text: bwilson@pendrickcp.com | |
| | | Jan 24 2023 20:34:00 | Barron Emerg Physicians, c/o Pendrick Capital Partners LLC, 1714 Hollinwood Dr., Alexandria, VA 22307-1926 |
| 518499771 | + | Email/Text: collectors@arresourcesinc.com | |
| | | Jan 24 2023 20:34:00 | Barron Emergency Phys, c/o AR Resources Inc., PO Box 1056, Blue Bell, PA 19422-0287 |
| 518499774 | | EDI: CAPITALONE.COM | |
| | | Jan 25 2023 01:24:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 518499775 | + | EDI: CAPITALONE.COM | |
| | | Jan 25 2023 01:24:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518499777 | | EDI: CAPITALONE.COM | |
| | | Jan 25 2023 01:24:00 | Capital One Bank (USA) N.A., PO Box 6492, Carol Stream, IL 60197-6492 |
| 518499776 | + | Email/Text: kristin.villneauve@allianceoneinc.com | |
| | | Jan 24 2023 20:34:00 | Capital One Bank (USA) N.A., c/o AllianceOne, 4850 Street Rd., Ste. 300, Feasterville Trevose, PA 19053-6643 |
| 518513953 | + | EDI: AIS.COM | |
| | | Jan 25 2023 01:29:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518499778 | | EDI: RMSC.COM | |
| | | Jan 25 2023 01:24:00 | Carcredit, c/o Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 518499781 | | EDI: RMSC.COM | |
| | | Jan 25 2023 01:24:00 | CareCredit, P.O. Box 960061, Orlando, FL 32896-0061 |
| 518499782 | | EDI: RMSC.COM | |
| | | Jan 25 2023 01:24:00 | Carecredit, c/o Synchrony Bank, PO Box 965033, Orlando, FL 32896-5033 |
| 518499784 | + | Email/PDF: creditonebknotifications@resurgent.com | |
| | | Jan 24 2023 20:36:33 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518499785 | + | Email/Text: bncnotices@stengerlaw.com | |
| | | Jan 24 2023 20:34:00 | Credit One Bank N.A./LVNV Funding, c/o Stenger & Stenger PC, 2618 East Paris Ave. SE, Grand Rapids, MI 49546-2454 |
| 518499786 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jan 24 2023 20:36:46 | Credit One Bank N.A./Resurgent Capital, c/o LVNV Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 518499787 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Jan 24 2023 20:36:45 | Credit One Bank NA, c/o Resurgent Capital Services, PO Box 10466, Greenville, SC 29603-0466 |
| 518499792 | + | EDI: BLUESTEM | |
| | | Jan 25 2023 01:29:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 518499793 | | Email/Text: nculp@firstffcu.com | |
| | | Jan 24 2023 20:35:00 | First Financial FCU, PO Box 1172, Toms River, NJ 08754-1172 |
| 518499796 | + | EDI: HFC.COM | |
| | | Jan 25 2023 01:24:00 | Household Bank (SB), P.O. Box 703, Wood Dale, |

Case 19-29020-MBK    Doc 50    Filed 01/26/23    Entered 01/27/23 00:14:25    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0312-3 | User: admin | Page 3 of 5 |
| --- | --- | --- |
| Date Rcvd: Jan 24, 2023 | Form ID: 3180W | Total Noticed: 89 |

| | | | |
| --- | --- | --- | --- |
| 518499797 | Email/Text: RMOpsSupport@alorica.com | | IL 60191-0703 |
| | | Jan 24 2023 20:34:00 | Household Bank (SB), c/o Worldwide Asset Purchasing LLC, 9911 Covington Dr., Las Vegas, NV 89144 |
| 518499799 | EDI: IRS.COM | Jan 25 2023 01:24:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518499801 | + EDI: RMSC.COM | Jan 25 2023 01:24:00 | JC Penneys, c/o Synchrony Bank, Po Box 965007, Orlando, FL 32896-5007 |
| 518499802 | + EDI: RMSC.COM | Jan 25 2023 01:24:00 | JC Penneys, c/o Synchrony Bank, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 518499803 | Email/Text: bknotice@ercbpo.com | Jan 24 2023 20:34:00 | JC Penneys/Synchrony Bank, c/o ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 518499804 | EDI: RMSC.COM | Jan 25 2023 01:24:00 | JCP, c/o Synchrony Bank, PO Box 960090, Orlando, FL 32896-0090 |
| 518499805 | + Email/Text: list-nes-clientservicesreps-all@nes1.com | Jan 24 2023 20:34:00 | JCP Credit Card, c/o NES, 2479 Edison Blvd., Unit A, Twinsburg, OH 44087-2476 |
| 518499806 | Email/Text: crdept@na.firstsource.com | Jan 24 2023 20:35:00 | JCP/Synchrony Bank, c/o Firstsource Advantage LLC, PO Box 628, Buffalo, NY 14240-0628 |
| 518499807 | + EDI: RMSC.COM | Jan 25 2023 01:24:00 | JCPenney, P.O. Box 960001, Orlando, FL 32896-0001 |
| 518499808 | EDI: RMSC.COM | Jan 25 2023 01:24:00 | JCPenney Credit Card, c/o Synchrony Bank, PO Box 965009, Orlando, FL 32896-5009 |
| 518499809 | EDI: RMSC.COM | Jan 25 2023 01:24:00 | JCPenny Credit Services/Synchrony Bank, c/o Advanced Call Center Technologies LL, PO Box 9091, Johnson City, TN 37615-9091 |
| 518499791 | EDI: BLUESTEM | Jan 25 2023 01:29:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 518499811 | + Email/Text: bankruptcy@certifiedcollection.com | Jan 24 2023 20:34:00 | Jersey Shore OP-Meridian Healthsys, c/o Certified Credit & Collection Bureau, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 518609638 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2023 20:36:33 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518499817 | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2023 20:36:45 | LVNV Funing, LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 518597688 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 24 2023 20:34:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 518499825 | + Email/Text: bankruptcy@oliphantfinancial.com | Jan 24 2023 20:34:00 | Oliphant Financial LLC, 2601 Cattleman Rd., Ste. 300, Sarasota, FL 34232-6231 |
| 518614114 | Email/Text: perituspendrick@peritusservices.com | Jan 24 2023 20:34:00 | Pendrick Capital Partners, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 518586830 | EDI: PRA.COM | Jan 25 2023 01:24:00 | Portfolio Recovery Associates, LLC, c/o Jc Penney, POB 41067, Norfolk VA 23541 |
| 518499829 | + Email/Text: ngisupport@radiusgs.com | Jan 24 2023 20:34:00 | Radius Global Solutions, PO Box 390915, Minneapolis, MN 55439-0911 |
| 518499832 | + EDI: PRA.COM | Jan 25 2023 01:24:00 | Synchrony Bank, c/o Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502-4952 |
| 518499833 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 24 2023 20:34:00 | Synchrony Bank, c/o MCM, 2365 Northside Dr., ste. 300, San Diego, CA 92108-2710 |
| 518499834 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 24 2023 20:34:00 | Synchrony Bank, c/o Midland Funding, 320 E Big |

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jan 24, 2023 | Form ID: 3180W | Total Noticed: 89 |

| | | | | |
|---|---|---|---|---|
| | | | | Beaver Rd Ste, Troy, MI 48083-1238 |
| 518499835 | + | EDI: RMSC.COM | Jan 25 2023 01:24:00 | Synchrony Bank, Po Box 960061, Orlando, FL 32896-0061 |
| 518499831 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 24 2023 20:34:00 | Synchrony Bank, c/o Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 518499836 | + | EDI: PRA.COM | Jan 25 2023 01:24:00 | Synchrony Bank, c/o Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 518499837 | | Email/Text: bankruptcydpt@mcmcg.com | Jan 24 2023 20:34:00 | Synchrony Bank, c/o MCM, PO Box 51319, Los Angeles, CA 90051-5619 |
| 518501519 | + | EDI: RMSC.COM | Jan 25 2023 01:24:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518499838 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 24 2023 20:34:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |
| 518499839 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 24 2023 20:34:00 | Toyota Financial Services, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 518517603 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 24 2023 20:34:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518499840 | + | Email/Text: birminghamtops@sba.gov | Jan 24 2023 20:35:58 | U.S. Small Business Admin, 801 Tom Martin Dr., Ste. 120, Birmingham, AL 35211-6424 |
| 518499841 | | Email/Text: birminghamtops@sba.gov | Jan 24 2023 20:35:58 | United States Small Business Admin, PO Box 740192, Atlanta, GA 30374-0192 |
| 518499842 | + | Email/Text: BhamBankruptcy@sba.gov | Jan 24 2023 20:34:00 | United States Small Business Admin, 2 North 20th Street, Ste. 320, Birmingham, AL 35203-4002 |

TOTAL: 59

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518499788 | ##+ | Dr. Angelo T. Scotti, MD, Little Silver Commons, 180 White Rd., Suite 211, Little Silver, NJ 07739-1166 |
| 518499789 | ##+ | Dr. John E. Herbster DMD LLC, 2517 Hwy 35, Ste. B-205, Manasquan, NJ 08736-1923 |
| 518499814 | ##+ | John E. Herbster DMD LLC, 2517 Hwy 35, Ste. B-205, Manasquan, NJ 08736-1923 |

TOTAL: 0 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2023        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2023 at the address(es) listed below:**

District/off: 0312-3 | User: admin | Page 5 of 5
Date Rcvd: Jan 24, 2023 | Form ID: 3180W | Total Noticed: 89

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Robert Cameron Legg | on behalf of Debtor Dawn Mary Brown courtdocs@oliverandlegg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4